WALTER JANVIER, INC., a Domestic Corporation, Respondent, v. THE CLINICAL LABORATORIES COMPANY, Appellant.

PER CURIAM. Under the pleadings there is no burden on the plaintiff to show the condition of defendant's business after October 27, 1927. The use of the words " defendant's business " in the last paragraph of the opinion upon a former appeal (*Janvier* v. *Baker*, 229 App. Div. 679, 681) is an obvious typographical error, clearly discernible from the context, and one which should have been immediately apparent to counsel thoroughly familiar with the situation presented on such former appeal. The phrase should have been " plaintiff's business." It follows that the orders should be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ. Orders reversed, with ten dollars costs and disbursements and motion denied, with ten dollars costs.

JAMES J. WALSH, Respondent, v. CHARLES A. JUDGE and Others, Defendants, Impleaded with ALEX KELSO and Others, Appellants.* ·

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on March 7, 1930, and also from part of an order entered on March 11, 1930.

Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.; Martin, J., dissents.

MARTIN, J. (dissenting). I dissent. The judgment is against the weight of the credible evidence. Substantial errors in the admission of evidence are set forth, which evidence may have been responsible for the verdict. In addition, the damages are grossly excessive.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEN HERMAN, Alias BENJAMIN H. REIBMAN, Appellant.— Judgment affirmed. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

---

* Revd., 258 N. Y. 76.